IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


```
DARLENE FLETCHER,            )
administratrix of the        )
estate of Frank Carter,      )
deceased; KWAMIKA FLETCHER,  )
individually; ROSITA         )
BOYD, individually; and      )
SHERYL SMITH, administrator  )
of the estate of Tara        )
Denita Sanders,              )
                             )
                             )
    Plaintiffs,              )
                             )      CIVIL ACTION NO.
    v.                       )        2:13cv156-MHT
                             )            (WO)
COOPER TIRE & RUBBER         )
COMPANY, a foreign           )
corporation,                 )
                             )
    Defendant.               )
```

ORDER

It is ORDERED that the motion to reconsider (Doc. No.
30) filed by plaintiffs administratrix of the estate of
Frank Carter, Kwamika Fletcher, and Rosita Boyd is
granted to the extent that this court's opinion and order

of May 23, 2013 (Doc. No. 27), are vacated and another

opinion and order will be issued in their place.

DONE, this the 25th day of July, 2013.

                /s/ Myron H. Thompson
             UNITED STATES DISTRICT JUDGE